ANDREW Y. CHIANG
3/21/19

A: 3/21/19

FILED

2019 MAR 21 AM 10: 04

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19MJ8891 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States (Felony) |
| Jose BELTRAN-Quintero, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about March 21, 2019, within the Southern District of California, defendant, Jose BELTRA-Quintero, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

ROBERT PEREZ
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21st DAY OF MARCH, 2019.

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose BELTRAN-Quintero,

STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) A. Fernandez, that defendant, Jose BELTRAN-Quintero (BELTRAN), was found in the United States and was arrested on March 21, 2019 near Calexico, California.

On March 21, 2019, BPA C. Nunez was assigned to work in the Calexico Border Patrol Station Area of Responsibility (AOR). BPA Nunez was performing his Border Patrol duties approximately 12 miles east of the Calexico, California Downtown Port of Entry. This area consists of open desert terrain. The All-American Canal (AAC) runs in an east to west direction and lies approximately 1.4 miles north of the United States/Mexico International Boundary Fence (IBF). Highway 98 runs in an east to west direction and lies approximately 1.9 miles north of the IBF. Aliens frequently use this area to illegally enter into the United States due to its seclusion, as well as its lack of vehicular and pedestrian traffic. Aliens will attempt to make their way to Highway 98 where they will frequently board vehicles driven by smugglers in an attempt to further their entry into the United States.

On March 21, at approximately 12:12 a.m. BPA Nunez encountered eleven individuals, one of whom was later identified as BELTRAN, approximately 200 yards north of the IBF. BPA Nunez approached BELTRAN and the ten other individuals and

3

identified himself as a BPA. BPA Nunez questioned BELTRAN as to his citizenship. BPA Nunez ascertained BELTRAN to be a citizen of Mexico who does not possess any immigration documentation to enter, be, or remain in the United States legally. BELTRAN also admitted to illegally entering the United States by climbing over the fence in the desert. BPA Nunez then placed BELTRAN under arrest. The eleven subjects were then transported to the El Centro Border Patrol Station for further processing.

Record checks revealed BELTRAN was ordered removed to Mexico by an Immigration Judge on September 17, 2018. BELTRAN was removed through Calexico, California Port of Entry.

There is no evidence showing BELTRAN has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.